FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 5 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA,

vs.

ANTHONY STANZCAK II

Name

Street Address

City and State

2:15-CR-0068-TOR-2

File No.

Telephone Number

## AGREEMENT FOR SUPERVISED PRE-TRIAL DIVERSION

It appearing that you are reported to have committed an offense against the United States beginning on or about June 2014 until July 2015, in violation of Title 18 United States Code, Section 1512(d)(4), in that you did intentionally harass another person, Victim A, and did thereby hinder, delay, prevent, and dissuade Victim A from causing and assisting a criminal prosecution to be sought and instituted. Upon your accepting responsibility for this act, and it further appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure, therefore,

On the authority of the Attorney General of the United States, MICHAEL C. ORMSBY United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, prosecution in this District for this offense shall be deferred for a period of 36 months from the date of the signing of this agreement, provided you abide by the following conditions and the requirements of the program set out below:

Pretrial Diversion - 1
P51030JJ.SAB.Stanczak.PTD.docx

Should you violate the conditions of this supervision, the United States Attorney may revoke or modify any conditions of this pre-trial diversion program which shall in no case exceed 36 months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this supervision and will furnish you with notice specifying the conditions of your program which you have violated.

If, upon completion of your period of supervision, a pre-trial diversion report is received to the effect that you have complied with all the rules, regulations and conditions above mentioned, no prosecution for the offense set out on page 1 of this agreement will be instituted in this District, and Count 2 of Cause Number 15-CR-00068-TOR-2, will be dismissed.

Neither this agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-Trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above described offense.

## CONDITIONS OF PRE-TRIAL DIVERSION

1. You shall not violate any law (federal, state, tribal or local). You shall immediately contact your pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall complete a mental health evaluation and comply with any treatment recommended. You shall also attend/continue family counseling as currently required pursuant to the family court proceedings. You shall sign all necessary releases of information.

3. You shall attend school or work regularly at a lawful occupation. When out of work or unable to attend school, you shall notify your United States Probation Officer (USPO) at once. You shall consult your USPO prior to job or school changes.

4. You shall continue to live in this judicial district. If you intend to move out of the district, you shall inform your USPO so that the appropriate transfer of program responsibility can be made.

5. You shall report to your USPO as directed and keep him informed of your whereabouts.

6. In lieu of a fine, you shall agree to pay for any outstanding counseling expenses on behalf of the victim throughout the period of his agreement.

7. You shall have no contact with the victim unless and until approved by all assigned counselors and family court. If contact is approved, it must be consistent with the reintegration plan approved by family court. Your assigned USPO must also be advised and concur with the contact.

8. After 18 months of supervision, if all the above conditions have successfully been met and complied with, Defendant may petition for early termination of this agreement.


**Court Status**

I, ANTHONY STANCZAK II, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for violation of Title 18, United States Code, Section 1512(d)(4) for a period of 36 months, and to induce him to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of  months, which is the period of this Agreement.

Pretrial Diversion - 3
P51030JJ.SAB.Stanczak.PTD.docx

1       I hereby state that the above has been read by me.  I understand the
2   conditions of my pre-trial diversion and agree that I will comply with them.

3

4   _____    11-5-15

5   ANTHONY STANCZAK II          DATE

6

7

8   _____    11/5/15

9   Curran Dempsey               DATE

    Defendant's Attorney

10

11

12

13  _____    11/5/15

14  Stephanie Van Marter          DATE

    Assistant United States Attorney

15

16

17  APPROVED  without passing judgment on the merits or wisdom of this diversion.

18

19

20

21  _____    11/5/15

22  Honorable Thomas O. Rice       DATE

    United States District Court Judge

23

24

25

26

27

28

Pretrial Diversion - 4
P51030JJ.SAB.Stanczak.PTD.docx